# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159205(71)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CALEB GRIFFIN,
        Plaintiff-Appellant,

v

SC: 159205
COA: 340480
Genesee CC: 14-103977-NI

SWARTZ AMBULANCE SERVICE,
        Defendant-Appellee,
and

SARAH ELIZABETH AURAND,
        Defendant.
_____/

       On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae is GRANTED. The amicus brief submitted on April 6, 2020, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 8, 2020



Clerk